| | | |
|---|---|---|
| TIMOTHY SARVIS<br>9904 Berliner Place, Apartment B<br>Middle River, MD 21220 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| vs. | * | BALTIMORE CITY |
| METABOLIFE INTERNATIONAL, INC.,<br>5643 Copley Drive<br>San Diego, California 92111<br>Serve On: CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA 90017 | *<br>*<br>*<br>* | CASE NO. |
| AND | * | |
| THE CHEMINS COMPANY, INC.<br>Serve On: Dorothy Coulter<br>1835 E. Cheyenne Road<br>Colorado Springs, CO 80906 | *<br>* | |
| AND | * | |
| ALPINE HEALTH PRODUCTS, LLC<br>1525 W. Business Park Drive<br>Orem, Utah 84058<br>Serve On: CT Corporation System<br>50 West Broadway, 8th Floor<br>Salt Lake City, UT 84101 | *<br>*<br>* | |
| AND | * | |
| RITE AID CORPORATION<br>Serve On: Martin Grass, President<br>30 Hunter Lane<br>Camp Hill, PA 17011 | *<br>* | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR JURY TRIAL

Sir/Madam Clerk:

The Plaintiff, by Dennis F. O'Brien, P.A. and Foard, Gisriel, O'Brien & Ward, LLC, and Kevin D. Wise, his attorneys, requests this case be heard before a jury.

11

_____
Dennis F. O'Brien, P.A.
Foard, Gisriel, O'Brien & Ward, LLC
29 W. Susquehanna Avenue
Suite 302
Towson, Maryland 21204
(410) 296-1440

_____
Kevin D. Wise, Esquire
Law Office of Kowitz, Wise & St. Laurent
2 North Charles Street
Suite 330
Baltimore, Maryland 21201
(410) 752-7094
*Attorneys for Plaintiff*