IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY SARVIS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. _____ |
| METABOLIFE INTERNATIONAL, INC., et al., | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF FINANCIAL INTEREST**

Defendant, The Chemins Company, Inc., by its attorneys, Kristine A. Crosswhite, Susan E. Smith, and Crosswhite, Limbrick, & Sinclair, LLP, pursuant to Rule 103.3 of the Rules of the United States District Court for the District of Maryland, hereby states that its insurer, Crum & Forster, may have a financial interest in the outcome of this litigation.

Respectfully submitted,

_____/s/_____
Kristine A. Crosswhite (Federal Bar No.: 07771)
Susan E. Smith (Federal Bar No.:26253)
Crosswhite, Limbrick & Sinclair, LLP
Lake Falls Professional Building
6115 Falls Road, Suite LL-B
Baltimore, Maryland 21209
(410) 377-9311 (phone)
(410) 377-9312 (fax)

Attorneys for Defendant,
The Chemins Company, Inc.