IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TIMOTHY SARVIS, *

    Plaintiff, *

v. * Civil Action No. RDB 05 CV 2411

METABOLIFE INTERNATIONAL, INC., *
et al.,
    *
    Defendants.

\* * * * * * * * * * * *

### NOTICE OF FILING THE NOTICE OF REMOVAL
### TO THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MARYLAND

Dear Clerk:

Please take notice that on September 1, 2005, Defendant The Chemins Company, Inc. filed a Notice of Removal, a copy of which is attached, to the United States District Court for the District of Maryland. This filing affects removal to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1441

    Respectfully submitted,

    /s/
    Kristine A. Crosswhite (Federal Bar No.: 07771)
    Susan E. Smith (Federal Bar No.:26253)
    Crosswhite, Limbrick & Sinclair, LLP
    Lake Falls Professional Building
    6115 Falls Road, Suite LL-B
    Baltimore, Maryland 21209
    (410) 377-9311 (phone)
    (410) 377-9312 (fax)

    Attorneys for Defendant,
    The Chemins Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September 2005, copies of the foregoing NOTICE OF REMOVAL, NOTICE OF FINANCIAL INTEREST, DISCLOSURE OF CORPORATE INTEREST, ANSWER TO COMPLAINT, and JURY DEMAND OF DEFENDANT, THE CHEMINS COMPANY, INC. were mailed first-class, postage prepaid to:

Dennis F. O'Brien, P.A.
Foard, Gisriel, O'Brien & Ward, LLC
29 W. Susquehanna Avenue
Suite 302
Towson, Maryland 21204

Kevin D. Wise, Esquire
Law Office of Kowitz, Wise & St. Laurent
2 North Charles Street
Suite 330
Baltimore, Maryland 21201

Metabolife International, Inc.
5643 Copley Drive
San Diego, California 92111

Alpine Health Products, LLC
1525 W. Business Park Drive
Orem, Utah 84058

Rite Aid Corporation
30 Hunter Lane
Camp Hill, Pennsylvania 17011

/s/
_____
Kristine A. Crosswhite (Federal Bar No.: 0771)
Susan E. Smith (Federal Bar No.:26253)
Crosswhite, Limbrick & Sinclair, LLP
Lake Falls Professional Building
6115 Falls Road, Suite LL-B
Baltimore, Maryland 21209
(410) 377-9311 (phone)
(410) 377-9312 (fax)

Attorneys for Defendant,
The Chemins Company, Inc.