**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**Chambers of**
**Richard D. Bennett**
**United States District Judge**
**Northern Division**

U.S. Courthouse - Chambers 5D
101 W. Lombard Street
Baltimore, MD 21201
Tel: 410-962-3190
Fax: 410-962-3177

September 7, 2005

TO COUNSEL OF RECORD

Re: Timothy Sarvis v. Metabolife International,
et al. - Civil No. RDB 05-2411

Dear Counsel:

As this case has been assigned to me, I wanted to alert counsel to the fact that Ms. Crosswhite, counsel for the Defendant, The Chemins Company, Inc., was formerly associated with the law firm of Miles & Stockbridge. As you know, I was a partner at that firm for 10 years and Ms. Crosswhite's association with the firm occurred during that time period. If any lawyer has any concern with this matter having been assigned to me, please contact my chambers within the next 10 days.

Sincerely,

/s/
Richard D. Bennett
United States District Judge

RDB/skp