**CSD 3000A** (11/15/04)
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on
**September 09, 2005**
by Clerk U.S. Bankruptcy Court
Southern District of California

| In Re | | |
|---|---|---|
| | Debtor. | BANKRUPTCY NO. |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | Defendants(s) | Date of Hearing:<br>Time of Hearing:<br>Name of Judge: |

## ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through ____ with exhibits, if any, for a total of ____ pages, is granted. Motion/Application Docket Entry No. _____

//
//
//
//

DATED: **September 09, 2005**

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
    Attorney for ☐ Movant ☐ Respondent

CSD 3000A

```
CSD 3000A  (11/15/04)(Page 2)
ORDER ON
DEBTOR:                                              CASE NO.:
                                                     ADV. NO.:
```

CSD 3000A

*Signed by Judge John J. Hargrove September 09,2005*