IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY SARVIS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-05-2411 |
| METABOLIFE INTERNATIONAL, INC., et al., | * | |
| | * | |
| Defendants, | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION OF FILING OF STATE COURT PAPERS

Defendant, The Chemins Company, Inc., by its attorneys, Kristine A. Crosswhite, Susan E. Smith, and Crosswhite, Limbrick, & Sinclair, LLP, pursuant to Rule 103.5 of the Rules of the United States District Court for the District of Maryland, hereby certifies that true and legible copies of all papers on file in the Circuit Court of Maryland for Baltimore City in the above-entitled matter have been filed with the United States District Court.

Respectfully submitted,

_____/s/_____
Kristine A. Crosswhite (Federal Bar No.: 07771)
Susan E. Smith (Federal Bar No.:26253)
Crosswhite, Limbrick & Sinclair, LLP
Lake Falls Professional Building
6115 Falls Road, Suite LL-B
Baltimore, Maryland 21209
(410) 377-9311 (phone)
(410) 377-9312 (fax)

Attorneys for Defendant, The Chemins Company