IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TIMOTHY SARVIS | : | |
| v. | : | CIVIL NO. RDB 05-2411 |
| METABOLIFE INTERNATIONAL, INC.<br>THE CHEMINS COMPANY, INC.<br>ALPINE HEALTH PRODUCTS, LLC<br>RITE AID CORPORATION | : <br><br>: <br><br>: | |

## O R D E R

The Court having conducted a telephone conference with counsel on this date and counsel for the Plaintiff and the Defendants concurring that Defendants Metabolife International, Inc. ("Metabolife") and Alpine Health Products, LLC ("Alpine") have filed bankruptcy in the United States Bankruptcy Court for the Southern District of California, and that the Bankruptcy Court issued a preliminary injunction order enjoining Ephedra plaintiffs in all state and federal court proceedings from pursuing their actions against those two defendants as well as the Defendants The Chemins Company, Inc. and Rite Aid Corporation until December 6, 2005;

IT IS HEREBY ORDERED, this 4th day of October, 2005:

1. That this case BE, and the same hereby IS, STAYED, as to all defendants, pending disposition of the bankruptcy proceedings against Metabolife and Alpine;

2. That this case BE administratively CLOSED, subject to reopening on the timely petition of any party, made within 45 days of (a) termination of bankruptcy proceedings involving the debtors, (b) their discharge in bankruptcy, or (c) the lifting of the stay, whichever occurs first; and

3. Counsel are directed to advise the Court promptly of the disposition of said bankruptcy proceedings in order that this Court may proceed with the disposition of the civil proceedings in this case.

/s/
Richard D. Bennett
United States District Judge

_____