# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TIMOTHY SARVIS** | * | |
| **Plaintiff(s)** | * | **Civil No.: RDB-05-2411** |
| vs. | * | |
| **METABOLIFE INTERNATIONAL, INC.** | * | |
| **THE CHEMINS COMPANY, INC.** | * | |
| **Defendant(s)** | * | |

## O R D E R

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this 24th day of May, 2007,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 7.4.

/s/
Richard D. Bennett
United States District Judge