UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
In re: EPHEDRA PERSONAL INJURY      :
LITIGATION                          :    04 M.D. 1598 (JSR)
                                    :
------------------------------------X
PERTAINS TO ALL CASES

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08
```

<u>ORDER</u>

JED S. RAKOFF, U.S.D.J.

   The Court has received the Special Master's bill dated February 1, 2008, together with a notice filed electronically by the Special Master on February 1, 2008, inviting interested parties to send comments or objections about the bill by letter to Chambers to be received on or before February 11. No objections or comments were received.

   After reviewing the Special Master's bill dated February 1, 2008, the Court hereby approves it and directs the Clerk of the Court to pay this invoice from the Ephedra Plaintiffs' Common Expense Fund by issuing a check in the amount of $7,979.00 to the order of James Niss and sending it by trackable mail or courier to James Niss, 400 Riverside Drive 3C, New York NY 10025.

       SO ORDERED.

                                      _____
                                      JED S. RAKOFF, U.S.D.J.

Dated    New York, New York
         February 11, 2008