UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY -       :    04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :    ORDER OF PAYMENT

------------------------------------------X
PERTAINS TO ALL CASES

        JED S. RAKOFF, U.S.D.J.

        In Case Management Order No. 44 ¶¶ 5-6, the Court granted

two motions by Plaintiffs' Coordinating Counsel ("PCC") for three

payments from the Ephedra Plaintiffs' Common Expense Fund held by

the Clerk pursuant to Case Management Order No. 7 ¶ 2(a) after

certain minor adjustments to the expenses referenced in ¶ 6.

NOW, THEREFORE, the Clerk is hereby directed to issue a check for

$260,349.16 to the order of Brown, Rudnick, Berlack & Israels,

LLP ("the Firm") and hand it over to a person sent for it by the

Firm in exchange for a receipt on the Firm's letterhead

identifying the check by amount and payee and signed and dated by

the person receiving the check.  The Clerk shall preserve the

receipt and the files of the Fund.  The Firm shall then

distribute the proceeds as specified in the PCC's motions granted

by ¶¶ 5-6, except that the amount paid to Andrews & Thornton

shall be reduced by $2,850.87 (airfares reduced to coach rates)

and the amount paid to Whetstone Myers LLC shall be reduced by

$85.39 (meals reduced to the Court's per diem cap).  The

$260,349.16 check breaks down as follows:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-12-08

| | |
|---|---:|
| Case Management Order No. 44 ¶ 5 | $103,095.00 |
| Case Management Order No. 44 ¶ 5 | $10,020.49 |
| requested in motion underlying Case Management Order No. 44 ¶ 6 | $150,169.93 |
| Andrews & Thornton adjustment | ($2,850.87) |
| Whetstone Myers adjustment | ($85.39) |
| TOTAL | $260,349.16 |

Funds for the $260,349.16 check shall be withdrawn from the Ephedra Plaintiffs' Common Expense Fund.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       March 12, 2008

2