UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re: EPHEDRA PERSONAL INJURY          :
LITIGATION                              :   04 M.D. 1598 (JSR)
                                        :
----------------------------------------X

PERTAINS TO ALL CASES

                        ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-29-08
```

JED S. RAKOFF, U.S.D.J.

          The Court has received the Special Master's bill dated April

1, 2008, together with a notice filed electronically by the Special

Master on April 1, 2008, inviting interested parties to send

comments or objections about the bill by letter to Chambers to be

received on or before April 14.  No objections or comments were

received.

          After reviewing the Special Master's bill dated April 1, 2008,

the Court hereby approves it and directs the Clerk of the Court to

pay this invoice from the Ephedra Plaintiffs' Common Expense Fund

by issuing a check in the amount of $10,554.00 to the order of

James Niss and sending it by trackable mail or courier to James

Niss, 400 Riverside Drive 3C, New York NY 10025.

          SO ORDERED.

                              _____
                              JED S. RAKOFF, U.S.D.J.

Dated     New York, New York
          April 28, 2008